AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Asheeka Desai (312) 886-2050

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

GUSTAVO  PATINO

CASE NUMBER:   1:25-cr-00122

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count One

On or about June 11, 2024, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(1) | knowingly transported an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such image having been shipped or transported using any means or facility of interstate or foreign commerce and in or affecting interstate commerce by any means. |

### Count Two

On or about July 22, 2024, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(2) | knowingly received an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such image having been shipped or transported using any means or facility of interstate or foreign commerce and in or affecting interstate commerce by any means. |

### Count Three

From on or about July 22, 2024 to July 24, 2024, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly enticed a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any |



FILED
3/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

means or facility of interstate or foreign commerce, and which visual depiction was transmitted using any means or facility of interstate commerce.

This criminal complaint is based upon these facts:

 X   Continued on the attached sheet.

_____ #20247

BRIAN M. RIX
Task Force Officer, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: <u>March 5, 2025</u>                              _____

*Judge's signature*

City and state: <u>Chicago, Illinois</u>              <u>Heather K. McShain, U.S. Magistrate Judge</u>

*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## **AFFIDAVIT**

I, BRIAN M. RIX, being duly sworn, state as follows:

1.      I am a Detective of the Chicago Police Department where I have been continuously employed since December 16, 2009. I am also a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") and have been since approximately April 2023. I am also a TFO with the Cook County Internet Crimes Against Children Task Force ("ICAC") and have been since approximately August 2021.

2.      As part of my duties as an FBI and ICAC Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252 and 2252A.[1] I have received training in the area of child pornography (as defined in 18 U.S.C. § 2256) and child exploitation and have investigated violations relating to child exploitation and child pornography, including violations pertaining to the possession, distribution, receipt, and production of child pornography. As part of my duties as an FBI and ICAC Task Force Officer, I have observed and reviewed numerous examples of child pornography in multiple forms of media, including computer media. I have also participated in the execution of search warrants, including searches involving child exploitation and/or child pornography offenses.

---

[1] As used in this affidavit, the term "child pornography" refers to any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(8)(a), or where the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

3. I make this affidavit in support of an application for a criminal complaint alleging there is probable cause to believe that Gustavo PATINO committed transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), and enticement of a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251(a) (collectively, the "**Subject Offenses**").

4. The statements in this affidavit are based on my personal knowledge, my training and experience, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PATINO with the **Subject Offenses**. I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the probable cause to believe that PATINO committed the **Subject Offenses**.

I. **SUMMARY OF FACTS SUPPORTING PROBABLE CAUSE**

5. In summary, and as set forth in more detail below, in July 2024, the FBI obtained information from the Rowlett Police Department located in Rowlett, Texas, that an adult male utilizing the social networking application TikTok and text message communications, communicated with a 9-year-old female child ("Minor Victim A") and enticed the child to produce child pornography. According to Minor Victim A, the individual began communicating with her through a TikTok account with a username containing the word "red" followed by series of numbers. According to law enforcement officers who searched Minor Victim A's cellphone, the individual also used the telephone number (XXX) XXX-1539

(the "Suspect Telephone Number") to communicate with Minor Victim A. A forensic extraction of Minor Victim A's cellular phone revealed text messages in which the user of the Suspect Telephone Number informed Minor Victim A that his name is "Gustavo" and that he resides in Chicago. Cellular telephone records from T-Mobile revealed that the Suspect Telephone Number belongs to a subscriber named "Gustavo Patino."

6.    Through a separate investigation initiated by the Chicago Police Department, law enforcement obtained seven (7) CyberTipline Reports from the National Center for Missing and Exploited Children ("NCMEC") indicating that between June 7, 2024 and June 11, 2024 an individual used an account on the social networking service TikTok ("Suspect Account 1") to upload and disseminate apparent child pornography. Information in the CyberTipline Reports indicated that each of the seven reported files were uploaded to Suspect Account 1 using the IP address 73.168.95.139 ("Suspect IP Address"). According to records provided by TikTok, the email address associated with Suspect Account 1 is "patinogustavo797@gmail.com" and the username associated with the account is "red20299".

7.    Two weeks later, law enforcement obtained another CyperTipline Report from NCMEC indicating that on June 25, 2024, an individual used an account on Snapchat ("Suspect Account 2") to upload and disseminate five (5) files of apparent child pornography. Information in the CyberTipline report indicated that each of the five reported files were uploaded to Suspect Account 2 using the Suspect IP Address. According to records provided by Snapchat, the email address associated with Suspect Account 2 is "patinogustavo027@gmail.com" and the display name associated with the account is "Red Green". The Snapchat records also contained a video file uploaded by Suspect Account 2 depicting a male, later identified by law enforcement as PATINO. Law enforcement identified

the male in the video as PATINO after viewing PATINO's Illinois State Identification card photograph, which was issued in March 2024.

8.    According to publicly available information, Comcast administers and/or controls the Suspect IP Address. Records from Comcast show that the Suspect IP Address was assigned to the 3914 North Central Avenue, Apartment 2A, Chicago, Illinois (the "Patino Residence") on the dates that Suspect Account 1 and Suspect Account 2 uploaded and disseminated the apparent child pornography files to TikTok and Snapchat.

9.    According to PATINO's Illinois State Identification card, PATINO's home address is the Patino Residence.

10.    On March 5, 2025, agents executed a search warrant on the Patino Residence and interviewed PATINO. PATINO was present during the search of the residence.

11.    During an audio recorded interview, law enforcement advised PATINO of his *Miranda* rights, which he waived. During this interview, PATINO admitted that he knew agents were there because of child pornography and that he tried to stop but would then start again. PATINO further admitted ownership of the Suspect Telephone Number and numerous email addresses and social media accounts associated with various CyberTipline Reports, including Suspect Account 1 and Suspect Account 2

12.    During his post-*Miranda* interview, I showed PATINO one image file depicting Minor Victim A. PATINO identified Minor Victim A in this image and admitted his knowledge of Minor Victim A's age.

## II.    INVESTIGATION BACKGROUND

### A.    TikTok

13.    Based on my training and experience and information available on publicly available internet resources, I know that TikTok is a social media platform accessed through

4

a software application ("app") downloaded to a user's device, typically a cellular phone. This application is made predominantly for use on mobile devices but also offers workarounds for use on desktop computers. The TikTok app allows users to create and share videos and to interact with other TikTok users.

14.     A TikTok user may set their account to be public or private. The user can also control privacy settings for individual videos to make them public, private, or accessible by "friends only." If a user has a public account, all public videos can be viewed by other TikTok users. However, if a TikTok user has a private account, only the user's followers can view their "public" videos.

15.     TikTok enables users to interact with each other through the app. For example, when a user views a video on TikTok, the user can "like" a video by selecting a heart icon on the video or, alternatively, can indicate that they are "not interested." Users can comment on, share, or post a reaction video to another user's video. TikTok users can also send direct messages to other users through the app. Direct messages are accessible through an "inbox."

16.     TikTok users may follow other users and control who follows them if they have a private account. Two users who follow each other are considered "friends."

17.     When a user creates a TikTok account, TikTok.com collects certain data provided during registration, which may include first and last name, phone number, device model, and email address. TikTok.com retains the account creation date, the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account.

18.     In addition to IP address logs, TikTok.com stores device information such as the model, operating system, operating system version, mobile device phone number, and mobile network information of devices used in conjunction with the service.

19.     TikTok.com also collects information related to a user's profile, setting, and communications with other TikTok users, including comments, direct messages, and live chats. TikTok.com records and retains information associated with these communications that is roughly analogous to the call detail records maintained by telecommunications companies. This includes the date, time, sender, and recipient of a communication. Additionally, TikTok.com collects certain metadata that is connected to content uploaded to TikTok by the user. That metadata can include information related to how, when, and by whom the piece of content was collected and how that content is formatted. It also includes information, such as an account name, that enables other users to trace the content back to a specific TikTok account.

### B.     Snapchat

20.     Based on my training and experience and on information provided by Snap, Inc. ("Snap"), I know that Snapchat is a messaging application for mobile phones with Apple's iOS operating system and Google's Android operating system. The application allows users to send and receive "self-destructing" messages, pictures, and videos.

21.     When a user creates a Snapchat account, Snap collects certain data provided during registration, which may include first and last name, phone number, and email address. The user also selects a username, which is unique to each Snapchat account.

22.     A snapchat user can connect directly with another individual Snapchat user by adding them as a "friend."

23.     Snapchat offers four primary ways for users to communicate with each other:

i.     **Snaps**: A user takes a photo or video using their camera phone in real-time. The user then selects a time limit of between 1 and 10 seconds for which the photo or video will be available for the receiver to view. A user can elect to save the photo/video to

their phone's photo gallery or to just send it via Snapchat, without saving it. The user can then send the photo/video to one or more Snapchat friends. When the recipient opens the Snap, they can view it until the selected amount of time elapses, at which point the snap is deleted. If a recipient attempts to take a screenshot of the Snap to save on their phone, the application notifies the sender of this attempt. Snapchat states that it deletes each Snap from its servers once all recipients have viewed the snap. If a Snap has not been viewed by all recipients, Snap Inc. retains the Snap for thirty days.

ii.      **Stories**: A user can also add the phone/video Snap to their "Story." Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchat users or just the user's friends for up to 24 hours.

iii.      **Chat**: A user can also send text and audio messages, photos, and videos directly to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties—and both parties swipe away from the Chat screen—the message disappears. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message they want to keep. The user can delete the message by tapping it again.

iv.      **Memories**: Memories is Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. Users can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by us and may remain in Memories until deleted by the user.

24.      Snapchat has different retention policies for each type of content users create. Snapchat retains logs of Snaps sent and received, posted Stories, and any unopened Chats or

those saved by a sender or recipient. These logs contain meta-data about the Snaps, Stories, and Chats, but not the content.

### C. Internet Protocol Addresses

25. Based on my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions, I know that an IP address refers to a unique string of numeric and/or alphanumeric characters used by a computer or other digital device to access the Internet. Every computer or device accessing the Internet must be assigned a unique IP address so that Internet traffic sent from and directed to that computer or device can be directed properly from its source to its destination.

26. Most ISPs control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

## III. FACTS SUPPORTING PROBABLE CAUSE

### A. PATINO Utilized the Suspect Telephone Number to Entice Minor Victim A to Produce Child Pornography.

27. On or about July 25, 2024, the Rowlett Police Department located in Rowlett, Texas, received a complaint from the father of Minor Victim A, a nine-year-old female child. Minor Victim A's father reported that an unknown male sent Minor Victim A nude photos of himself and requested that Minor Victim A send him nude photos of herself.

28. On August 6, 2024, Minor Victim A participated in a video-recorded forensic interview and described these communications in detail. Minor Victim A explained that she

8

initially began communicating with the unknown male on TikTok and stated that the male used a TikTok account username that contained the word "red" followed by a series of numbers.

29.     Law enforcement officers obtained consent to search Minor Victim A's cellular phone and identified the following telephone numbers as being associated with the adult in contact with Minor Victim A: (XXX) XXX-1539 (the "Suspect Telephone Number"), (XXX) XXX-7256, and (XXX) XXX-7348.[2] Law enforcement obtained records from T-Mobile for the Suspect Telephone Number. According to these records, the subscriber name associated with the Suspect Telephone Number is "Gustavo Patino".

30.     Thereafter, the Rowlett Police Department referred the case to the FBI for further investigation.

31.     I reviewed the forensic extraction of Minor Victim A's cellphone[3] and observed numerous photographs and videos that meet the federal definition of child pornography. I observed that these images and videos were requested by the Suspect Telephone Number.

32.     I also observed more than 1,000 text messages exchanged between Minor Victim A and the Suspect Telephone Number from July 21, 2024 through July 24, 2024. In

---

[2] According to law enforcement agents, telephone numbers (XXX) XXX-7256 and (XXX) XXX-7348 are Voice over Internet Protocol ("VoIP") numbers serviced by Pinger and TextNow, respectively. A VoIP number is a virtual phone number that operates over the internet, allowing users to make and receive calls using only an internet connection, rather than a traditional cellular phone network. A VoIP number can be used on any internet-enabled device, unlike a regular cell phone number, which is tied to a specific mobile device and cellular network. Law enforcement obtained records from Pinger for telephone number (XXX) XXX-7256. According to these records, the subscriber name associated with the telephone number is "Gustavo Patino" and the email address associated with the telephone number is "gustavopatino190@gmail.com". As of the present date, records from TextNow for telephone number (XXX) XXX-7348 are still outstanding.

[3] Minor Victim A's cellphone is an iPhone SE bearing International Mobile Equipment Identity ("IMEI") number 351589737037702. Based on my knowledge and experience, I know that the component parts of iPhone SE phones are manufactured, at least in part, in foreign countries and/or in states other than Illinois.

these messages, Minor Victim A repeatedly informs the user of the Suspect Telephone Number that she is nine years old.

33.     Below is an excerpt of messages exchanged between Minor Victim A and the Suspect Telephone Number on July 21, 2024, during which the user of the Suspect Telephone Number informs Minor Victim A that his name is "Gustavo" and that he resides in "Chicago[4]". During this exchange, Minor Victim A states that she is "9":

| | |
|---|---|
| Minor Victim A | I put sugar daddy |
| Minor Victim A | For your name |
| Suspect Telephone Number | Gustavo |
| Minor Victim A | Ok |
| Minor Victim A | But I put my sexy baby |
| … | |
| Suspect Telephone Number | With is your favorite store where do you buy clothes and underwear? |
| Minor Victim A | Walmart |
| Minor Victim A | I'm. 9 |
| Suspect Telephone Number | Loved "Walmart " |
| Suspect Telephone Number | Liked "I'm. 9" |
| Suspect Telephone Number | Ok babe |
| Suspect Telephone Number | Me target in Walmart |
| Minor Victim A | Oh cool |
| Minor Victim A | Were you live |

[4] These communications are verbatim transcriptions of the text messages exchanged between Minor Victim A and the Suspect Telephone Number. Where either party to the conversation transmits an image or video, I have included descriptions of the images and/or videos transmitted in brackets. The communications summarized in this affidavit do not include reference to all topics covered during the course of the conversations. The summaries also do not include references to all statements made by the speakers on the topics described.

| | |
|---|---|
| Suspect Telephone Number | [User of Suspect Telephone Number transmits an image depicting the groin area of a male wearing underwear] |
| Suspect Telephone Number | That's my underwear |
| Suspect Telephone Number | Chicago |
| Minor Victim A | Oh I'm keeping this picture |
| Suspect Telephone Number | Okay why |
| Minor Victim A | Ummm |
| Suspect Telephone Number | Send your |
| Minor Victim A | I'm ok |
| Suspect Telephone Number | [User of Suspect Telephone Number transmits a video depicting a male laying down on a bed. The male lifts his underwear and exposes his pubic hair and the base of his penis. The male adjusts his visibly erect penis to stand upright beneath his underwear] |

34. Below is an excerpt of messages exchanged between Minor Victim A and the Suspect Telephone Number later in the evening on July 21, 2024, during which Minor Victim A again informs the user of the Suspect Telephone Number that she is nine years old, and immediately after doing so, the user of the Suspect Telephone Number sends Minor Victim A an explicit video of himself:

| | |
|---|---|
| Suspect Telephone Number | Send video |
| Minor Victim A | You did turn it on |
| Minor Victim A | Of what |
| Suspect Telephone Number | It's off |
| Suspect Telephone Number | Open ass |

11

| | |
|---|---|
| Minor Victim A | My ass |
| Suspect Telephone Number | Yess |
| Suspect Telephone Number | Did you like my dick |
| Minor Victim A | YESSS |
| Suspect Telephone Number | Ok |
| Suspect Telephone Number | Send it |
| Minor Victim A | Hey |
| Minor Victim A | IM 9 SO DONT GET CREEPY |
| Minor Victim A | OK |
| Suspect Telephone Number | [User of Suspect Telephone Number transmits a video depicting himself exposing his penis and masturbating] |
| Suspect Telephone Number | Questioned "IM 9 SO DONT GET CREEPY " |
| Suspect Telephone Number | Oh ok |
| Minor Victim A | No creepy stuff |
| Suspect Telephone Number | Ok |

35. Below is an excerpt of messages exchanged between Minor Victim A and the Suspect Telephone Number on July 22, 2024, during which the user of the Suspect Telephone Number solicits child pornography from Minor Victim A:

| | |
|---|---|
| Suspect Telephone Number | Send it |
| Minor Victim A | What kind |
| Minor Victim A | ???? ???? |
| Suspect Telephone Number | Of your open boooty |
| Suspect Telephone Number | Show pussy |

| Minor Victim A | Ok to much but |
| Minor Victim A | Ok |
| Minor Victim A | Vid |
| Minor Victim A | [Minor Victim A transmits a video depicting herself posing in a bathroom while nude below her waist. Minor Victim A exposes her bare buttocks and vagina, bends over, and again exposes her anus and vagina] |
| Suspect Telephone Number | Wow |

36.     Approximately forty-five minutes later, the user of the Suspect Telephone Number informs Minor Victim A that he is "at home" and "sitting on the couch". According to PATINO's Illinois State Identification card, PATINO's home address is the Patino Residence.

37.     Below is an excerpt of messages exchanged between Minor Victim A and the Suspect Telephone Number on July 24, 2024, during which the user of the Suspect Telephone Number repeatedly solicits child pornography from Minor Victim A:

| Suspect Telephone Number | Send a picture |
| Minor Victim A | Of what |
| Suspect Telephone Number | Your but |
| Minor Victim A | What why |
| Suspect Telephone Number | It's so big |
| Minor Victim A | Just leave me alone |
| Suspect Telephone Number | Send a picture of you |
| Minor Victim A | [Minor Victim A transmits a video depicting herself nude below the waist, exposing and touching her buttocks with her hand] |

| | |
|---|---|
| Minor Victim A | There |
| Suspect Telephone Number | I have it |
| Suspect Telephone Number | Do a new |
| Minor Victim A | No please |
| Suspect Telephone Number | Why |
| Minor Victim A | My MOM WELL GROUND ME FOR 4mon |
| Suspect Telephone Number | I will tell her |
| Minor Victim A | Tell who and tell what |
| Suspect Telephone Number | Both |
| Minor Victim A | Huh tell who |
| Minor Victim A | My mom? |
| Minor Victim A | Huh |
| Minor Victim A | 😭😭😵🤮😷♡🥺👉😩😔😩◼️⬛️ ⬜️🤪🙈⚫️◼️◾️◼️😐〰️😕😩😻🖤😼 |
| Suspect Telephone Number | Me ⬜️😂😂😂 |
| Minor Victim A | Me😭😭😭 |
| Minor Victim A | 😭😭😭 |
| Minor Victim A | Just please leave me alone |
| Suspect Telephone Number | I will do it |
| Suspect Telephone Number | If send it videos |
| Suspect Telephone Number | I will stop |
| Minor Victim A | Promise |
| Suspect Telephone Number | Yess |

| | |
|---|---|
| Minor Victim A | Sure |
| Suspect Telephone Number | Yess |
| Minor Victim A | I can't trust you anymore |
| Minor Victim A | But ok if you don't I well  CALL 911 |
| Suspect Telephone Number | Yess will promise |
| Minor Victim A | Ok |
| Minor Victim A | What kind |
| Suspect Telephone Number | Send your booty hole |
| Minor Victim A | Ok |
| Minor Victim A | [Minor Victim A transmits a video depicting herself posing and exposing her bare buttocks] |

38.     The user of Suspect Telephone Number enticed Minor Victim A to send the last video described above at 06:18:08 UTC on July 24, 2025 and Minor Victim A transmitted the video to the user of the Suspect Telephone Number at 06:19:03 UTC.

39.     On July 29, 2024, the National Center for Missing and Exploited Children ("NCMEC")[5] received information reported by TikTok under CyberTipline Report Number

---

[5]     NCMEC was established in 1984 as a private, nonprofit organization. NCMEC provides services nationwide to families and professionals relating to preventing the abduction and sexual exploitation of children. Pursuant to its mission and congressional authorization, NCMEC operates the CyberTipline and the Child Victim Identification Program to aid law enforcement and others in their efforts to identify and rescue victims of child pornography and child sexual exploitation.
       NCMEC works with electronic service providers ("ESPs") such as TikTok and Snapchat, electronic payment service providers, and others in their efforts to reduce the distribution of child sexual exploitation images and videos on the Internet.
       The NCMEC CyberTipline receives leads regarding suspected crimes of sexual exploitation committed against children from the public, ESPs, and Internet Service Providers ("ISPs"). Pursuant to 18 U.S.C. § 2258A, ESPs are required to report apparent child pornography, online enticement, child sex trafficking, sex tourism, extra-familial child sexual molestation, unsolicited obscene material, and misleading domain names, words, or digital images to law enforcement via the CyberTipline.
       The CyberTipline reporting mechanism assists law enforcement and prosecutors in their detection, investigation, and prosecution of child sexual exploitation crimes by maximizing limited resources available in the fight against child sexual exploitation. Analysts working for NCMEC

197069388. The information reported by NCMEC indicated that a TikTok account with the username "red253900" and the mail address "gustavopatino190@gmail.com" had uploaded three files to TikTok containing suspected child pornography.

40.     The CyberTipline Report indicated that on July 24, 2024 between 21:27:07 UTC and 23:54:07 UTC, the account uploaded three files which were determined by TikTok to depict child pornography. Information in the CyberTipline Report indicated that each of the reported files were uploaded to the account using the Suspect IP Address (which, as outlined below, is registered to the Patino Residence).

41.     I reviewed each reported file, which depict videos of a female child who appears to be under 13 years old fondling her clothed breasts. Based on a visual comparison between these files and images recovered from Minor Victim A's cellphone, I believe the child depicted in these files is Minor Victim A.

42.     In addition, TikTok provided information for various logins to this account. The login information provided by TikTok indicates that the user of this account logged in at 03:03:10 UTC on July 24, 2024 using the Suspect IP Address.

**B.      PATINO Used Suspect Account 1 to Upload Files Containing Child Pornography to TikTok.**

43.     On June 12, 2024, NCMEC received information reported by TikTok under CyberTipline Report Numbers 195030273, 195030256, 195029954, 195029825, 195029786, 195029776, and 195029774. The information reported to NCMEC indicated that Suspect Account 1 had uploaded multiple files to TikTok containing apparent child pornography.

---

continuously analyze reported CyberTips to evaluate the content, add related information that may be useful to law enforcement, use publicly available search tools to determine the geographic location of the apparent criminal act, and provide all information to the appropriate law enforcement agency for potential investigation.

The CyberTipline is operated in partnership with various state and federal law enforcement agencies. NCMEC makes reports of apparent child sexual exploitation available to these law enforcement entities for independent review and analysis.

44.     These CyberTipline Reports indicated that between June 7, 2024 and June 11, 2024, Suspect Account 1 uploaded seven files which were determined by TikTok to depict child pornography. TikTok included a copy of each reported file that was in the CyberTipline Reports. I reviewed each reported file and verified that six of the reported files depicted apparent child pornography; two of the reported files are described in more detail below.

45.     On June 11, 2024 at 04:01:36 UTC, Suspect Account 1 uploaded a file named "2b76b9d1731ee521fee7dd98e177dccc.mp4" to TikTok. I reviewed this file, which is a video depicting an adult male digitally penetrating the sex organ of a fully nude apparently prepubescent female child who is laying on her back.

46.     On June 11, 2024 at 04:03:45 UTC, Suspect Account 1 uploaded a file named "rilow.jpg" to TikTok. I reviewed this file, which is an image depicting a female infant laying on her back with her legs spread to expose her sex organ, which is coated in a fluid appearing to be semen.

47.     Information in all seven CyberTipline Reports indicated that each of the reported files were uploaded to Suspect Account 1 using the Suspect IP Address (which, as outlined below, is registered to the Patino Residence).

48.     Based on my training, and experience, I know that when an electronic service provider ("ESP") submits a CyberTipline Report to NCMEC, the ESP also provides information associated with the reported account. The CyberTipline reports included the following information associated with Suspect Account 1, as provided by TikTok:

- Address:                US
- Email Address:          patinogustavo797@gmail.com
- Screen/User Name:       red20299

49.     As part of a criminal investigation into these CyberTipline Reports associated with Suspect Account 1, law enforcement obtained a search warrant issued by a Cook County Circuit Court Judge under warrant number 24SW08669 to obtain the electronic records and contents of Suspect Account 1 from TikTok. Law enforcement received responsive information from TikTok which was reviewed and determined to contain the following information:

- Username:                      red20299
- Signup Device Info:        iPhone15,3
- Signup Date:                  05/31/2024 12:15:15AM (UTC +00)
- Signup IP:                      73.168.95.139
- Signup method:              Google
- Signup via ID:               patinogustavo797@gmail.com
- Binding ID:                    Google 118100417577784430762

50.     In response to the search warrant, TikTok also provided the contents of written messages and files disseminated and received by Suspect Account 1, including a video file uploaded by Suspect Account 1 using the Suspect IP Address. The video file depicts the apparent user of Suspect Account 1 lifting his waistband to expose his penis.

51.     The responsive records from TikTok also included multiple files depicting child pornography that were uploaded to Suspect Account 1 using the Suspect IP Address, including the media files reported in each of the CyberTipline Reports. One video file was uploaded by Suspect Account 1 on June 9, 2024 at 11:44:38 UTC and depicts a fully nude child who appears to be under 13 years old displaying and squeezing her developing breasts in a lewd and lascivious manner. Based on a visual comparison between this video and images

recovered from Minor Victim A's cellphone, I believe the child depicted in this video is Minor Victim A.

**C.    PATINO Used Suspect Account 2 to Upload Files Containing Child Pornography to Snapchat.**

52.    On June 26, 2024, NCMEC received information reported by Snapchat under CyberTipline Report Number 195759630. The information reported to NCMEC indicated that Suspect Account 2 had uploaded multiple files to Snapchat containing apparent child pornography.

53.    The CyberTipline Report indicated that on June 25, 2024, Suspect Account 2 uploaded and shared five files which were determined by Snapchat to depict child pornography. Snapchat included a copy of each reported file in the CyberTipline Report. I reviewed each reported file and verified that each file depicted apparent child pornography; one of the reported files is described in more detail below.

54.    On June 25, 2024 at 01:38:51 UTC, Suspect Account 2 uploaded a filed named "376394b9bacb3d240f0684ff1fb8e22c.jpg" to Snapchat and shared this file in a chat with another user. I reviewed this file, which is an image depicting a prepubescent female child laying on her back with the child's legs spread to expose her sex organ and anus.

55.    Information in the CyberTipline Report indicated that each of the five reported files was uploaded to Suspect Account 2 using the Suspect IP Address (which, as outlined below, is registered to the Patino Residence).

56.    The CyberTipline report also included the following information associated with Suspect Account 2, as provided by Snapchat:

- Date of Birth:                03-23-2000

- Email Address:             patinogustavo027@gmail.com (Verified)

- Screen/User Name:      red9844

19

57.     As part of a criminal investigation into this CyberTipline Report associated with Suspect Account 2, law enforcement obtained a search warrant issued by a Cook County Circuit Court Judge under warrant number 24SW09472 to obtain the electronic records and contents of Suspect Account 2 from Snapchat. Law enforcement received responsive information from Snapchat, which was reviewed and determined to contain the following information:

- Display Name:     Red Green

- Email Address:     patinogustavo027@gmail.com

58.     In response to the search warrant, Snapchat also provided the contents of written messages and files disseminated and received by Suspect Account 2, including a video file uploaded by Suspect Account 2 depicting a male with an overlaid "filter" to portray himself with dog ears. The video file was sent by Suspect Account 2 to another user on June 24, 2024, at 23:58:50 UTC with the written message, "*That me*".

59.     I visually compared Gustavo PATINO's Illinois State Identification card photograph, which was issued in March 2024, to the video file uploaded by Suspect Account 2 described above and determined that they depict the same individual.

60.     The responsive records from Snapchat also included multiple files depicting child pornography that were uploaded by Suspect Account 2 using the Suspect IP Address, including the media files reported in the CyberTipline Report. One video file was uploaded by Suspect Account 2 on June 25, 2024 at 01:40:56 UTC and depicts a fully nude child who appears to be under 13 years old displaying her sex organ, anus, and developing breasts in a lewd and lascivious manner while touching her sex organ and breasts with her hands. Based on a visual comparison between this video and images recovered from Minor Victim A's cellphone, I believe the child depicted in this video is Minor Victim A.

**D.      PATINO Used Suspect Account 1 and Suspect Account 2 to Distribute Child Pornography from the Patino Residence.**

61.     According to publicly available information, Comcast administers and/or controls the Suspect IP Address. In response to a grand jury subpoena, Comcast provided records indicating that the Suspect IP Address was assigned to the Patino Residence from at least June 7, 2024 at 00:30:12 UTC until June 25, 2024 at 01:38:51 UTC. Comcast also provided the following subscriber information:

- Account Number:      8771300413296108

- Subscriber Name:      Individual A

- Service Address:      3914 North Central Avenue, Apartment 2A, Chicago, Illinois (the "Patino Residence")

- Billing Address:      3914 North Central Avenue, Apartment 2A, Chicago, Illinois

- Email Address:      [Comcast email address including Individual A's name]

62.     According to open-source records and records from the Illinois Secretary of State and Accurint, the following individuals reside at the Patino Residence: Gustavo PATINO, Individual A, and Individual B.

63.     According to information provided by Chicago Public Schools, PATINO is a prior student of a school in Chicago, Illinois, and was enrolled as recently as 2022. The contact information on file for PATINO with Chicago Public Schools lists Individual A as PATINO's mother.

64.     According to PATINO's Illinois State Identification card, PATINO's home address is the Patino Residence.

E.    **March 5, 2025 Search of the Patino Residence**

65.    Based on my knowledge of the investigation and FBI records and reports, on March 4, 2025, the government applied for and obtained warrants from United States Magistrate Judge M. David Weisman of the Northern District of Illinois, to search the Patino Residence and the person of Gustavo PATINO. Law enforcement executed the search warrants on March 5, 2025. *See* 25 M 147; *see* 25 M 148.

66.    During the execution of the search warrant, law enforcement seized, among other items, an iPhone 14 Pro Max[6] bearing serial number DC4M6V61P4 (the "Suspect iPhone"). PATINO was present during the search of the residence, and PATINO admitted that the Suspect iPhone was his phone.

67.    In an audio recorded interview, law enforcement advised PATINO of his *Miranda* rights, which he waived. During this interview, PATINO confirmed that the Suspect Telephone Number belongs to the Suspect iPhone. PATINO further admitted that he knew agents were there because of child pornography and that he tried to stop but would then start again. PATINO further admitted ownership of numerous email addresses and social media accounts associated with various CyberTipline Reports, including the following:

- gustavopatino190@gmail.com

- patinogustavo797@gmail.com (associated with Suspect Account 1)

- patinogustavo027@gmail.com (associated with Suspect account 2)

- red253900 (TikTok)

- red20299 (associated with Suspect Account 1)

- red9844 (associated with Suspect account 2)

---

[6] Based on my knowledge and experience, I know that the component parts of iPhone 14 Pro Max phones are manufactured, at least in part, in foreign countries and/or in states other than Illinois.

68. During his post-*Miranda* interview, I showed PATINO one image file depicting Minor Victim A. PATINO identified Minor Victim A in this image and admitted his knowledge of Minor Victim A's age. PATINO further acknowledged that Minor Victim A asked him to stop communicating with her and that he told her he would stop if she sent him additional child pornography material. PATINO stated that he was in Chicago, Illinois at the times he communicated with Minor Victim A in July 2024.

## IV.   CONCLUSION

69. Based on the above information, I respectfully submit that there is probable cause to believe that PATINO has committed transportation of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(1), receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), and enticement of a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in violation of Title 18, United States Code, Section 2251(a), and respectfully request that this Court issue a criminal complaint alleging the same.

FURTHER AFFIANT SAYETH NOT.

_____
BRIAN M. RIX
Task Force Officer
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone March 5, 2025.

_____
Honorable HEATHER K. MCSHAIN
United States Magistrate Judge

23